IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAVIER AMADOR-FLORES,

    Petitioner,

v.                                                                                 Civ. 19-586 KG/SCY
                                                                              Cr. 15-2622 KG/SCY-5

UNITED STATES OF AMERICA,

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on Petitioner Javier Amador-Flores's Motion to Vacate Under 28 U.S.C. § 2255 (Civil "CV" Doc. 1; Criminal "CR" Doc. 215) and Petitioner's Amended Motion to Vacate (CV Doc. 6). Pursuant to 28 U.S.C. § 636(b)(1)(A) and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), the Court referred this matter to Magistrate Judge Steven C. Yarbrough to conduct hearings, if warranted, and to perform any legal analysis required to recommend an ultimate disposition of the case. CV Doc. 8.

On May 5, 2021, Judge Yarbrough entered his Proposed Findings and Recommended Disposition ("PFRD") in which he recommends denying relief on all ground of Petitioner's original and amended motions to vacate. CV Doc. 25. Judge Yarbrough notified the parties that they had 14 days from the service of the PFRD to file any objections to the PFRD. *Id*. at 29. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Yarbrough's findings and recommendation.

Wherefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (CV Doc. 25) is ADOPTED;

2. Petitioner's Motion to Vacate Under 28 U.S.C. § 2255 (CV Doc. 1; CR Doc. 215) and Petitioner's Amended Motion to Vacate Under 28 U.S.C. § 2255 (CV Doc. 6) are DENIED and this case is DISMISSED;

3. A certificate of appealability is DENIED;

4. A final order is entered concurrently herewith.

_____
UNITED STATES DISTRICT JUDGE